DAVID LOPEZ, ESQ. (DL-6779)
Plaintiff's Attorney
171 Edge Of Woods Road
P.O. Box 323
Southampton, New York 11969-0323
Tel (631) 287-5520
Fax (631) 283-4735
e-Mail:  DavidLopezEsq@aol.com



UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

DEBORAH DONOGHUE,

       Plaintiff,

- against -

TREND MINING CO.,

       Defendant.

_____/

CV-05 4059 (Gleeson, J.)
(Boyle, M.J.)

## NOTICE OF DISMISSAL WITH PREJUDICE

**NOTICE IS HEREBY GIVEN** that this action is dismissed with prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules Of Civil Procedure.

ISSUE has not been joined.

Dated: Southampton, New York
      November 15, 2005

Yours, etc.

_____
David Lopez, Esq. (DL-6779)

S O  O R D E R E D:

s/John Gleeson          11-29-05
John Gleeson, U.S.D.J.
Central Islip, New York
November     , 2005